UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSE M. MERCADO TOLEDO,

                Plaintiff,                        21 **CIVIL** 1695 (OTW)

      -v-                                        **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,
Acting Commissioner of Social Security,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 30, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will offer Plaintiff the opportunity for a new hearing.

**Dated:** New York, New York
           July 5, 2022

                                                                          **RUBY J. KRAJICK**

                                                                              **Clerk of Court**
                                                    **BY:**      *K. Mango*
                                                                               **Deputy Clerk**